UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MAREYA SABANDO,

                Plaintiff,

      -against-                            25-cv-6511 (LAK)

BOARDWALK 1000, LLC, etc.,

                Defendant.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        No amended complaint having been filed, this action is dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:      September 4, 2025

                                        Lewis A. Kaplan
                                      United States District Judge